In the Matter of 6 SQUARE INC., Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore. J. P., Cohn, Callahan, Breitel and Botein, JJ.

In the Matter of JAMES McCREERY REALTY CORP., Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants. [22-26 E. 14th St. and 19-25 E. 13th St., Borough of Manhattan.] — We think the evidence justifies an increase in the land value in the later years under review, particularly as to the 14th Street frontage. Accordingly, the order is unanimously modified so as to fix the land value for the years 1948-49 and 1949-50, at $560,000, and for the remaining years at issue at $585,000 and, as so modified, affirmed. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Breitel and Botein, JJ.

LYDIE GOSA, Respondent, v. 515 WEST 157TH STREET REALTY CORP., Defendant, and DAISY TAYLOR, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the discovery and inspection to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

In the Matter of the Probate of the Will of JOSEF LIEBER, Deceased. HEDY WEGIER, Appellant; JOSEPH HANDLER, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.